

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Alphonson Damon Malone v. The State of Texas

Appellate case number:   01-14-00054-CR

Trial court case number: 1899612

Trial court:             County Criminal Court at Law No. 8 of Harris County


It is ordered that appellant's motion for rehearing is **denied**.


Judge's signature: /s/ Jane Bland
                        Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle


Date: August 18, 2015